FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MARIO E. REECE,  )  No. CV 08-00604-CBM (VBK)
)
        Petitioner,  )  JUDGMENT
)
  v.  )
)
DEBRA DEXTER,  )
)
        Respondent.  )

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 2/7/08

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE